Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JESSE MACUMBA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MACUMBA ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | Case No.: 1:17-cv-01677-SKO <br><br> STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF <br><br> (FIRST REQUEST) <br><br> (Doc. 13) |

Plaintiff Jesse Macumba and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from August 17, 2018 to September 21, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

This is Plaintiff's first request for an extension. As the Court may be aware of Plaintiff's Counsel situation with other Social Security cases, Counsel's mother

-1-

1 | has been fighting a losing battle with Systemic Lupus Erythematosus that has
2 | required multiple surgeries these past two years due inflammation affecting the
3 | kidneys and lungs.
4 |     On February 6, 2018, Counsel's mother was taken to the emergency room
5 | and was admitted to the hospital.
6 |     On February 8, 2018, Counsel's mother had a surgery to avoid further kidney
7 | obstruction due to the Lupus inflammation and kidney infection
8 |     On February 16, 2018, Counsel's husband's mother suffered two ischemic
9 | strokes, requiring 24-hour daily care for her activities of daily living up to present
10 | day, which Counsel has had to assist with.
11 |     On March 28, 2018, Counsel's mother was advised that another kidney
12 | surgery was medically necessary.
13 |     After consultations with different specialists during the month of April, on
14 | May 8, 2018, Counsel's mother had an out-patient procedure to her kidney to test if
15 | surgery was an option.
16 |     On May 25, 2018, Counsel's mother was informed that the kidney infection
17 | is not curable, and that she is required to have at least three kidney surgeries or be
18 | placed on antibiotics for as long as her body could handle it. Due to the
19 | autoimmune disease, the latter is simply not an option.
20 |     On June 7, 2018 at 3:30 a.m., Counsel's husband suffered a micturition
21 | syncope resulting in a concussion, 17 staples to his head, and a blood transfusion.
22 | Counsel was in the hospital with her husband had to provide care for her husband
23 | for 24-hour watch due to the concussion.
24 |     Counsel's mother has the first of three kidney surgeries scheduled on July
25 | 17, 2018. Counsel needs to take additional time to place all her mother's personal
26 | and financial matters in order.

| | |
|---|---|
| 1 | Counsel's mother had three failed surgeries on July 17, 2018, July 18, 2018, |
| 2 | and July 19, 2018. It was not until July 20, 2018, that the surgery was able to be |
| 3 | completed, and the kidney obstruction cleared. |
| 4 | Counsel's mother continues with her recovery process. The second of the |
| 5 | three kidney surgeries will be scheduled in the next coming month. This is not an |
| 6 | ordinary circumstance for Counsel and Counsel sincerely apologizes to the Court |
| 7 | for any inconvenience this may have cause. Counsel's firm has hired another |
| 8 | associate to help Counsel during this difficult time. |

DATE: August 20, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Mr. Jesse Macumba

DATE:  August 20, 2018          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Marcelo N. Illarmo*

BY: _____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

Pursuant to the Court's Scheduling Order, Plaintiff's opening brief was due to be filed no later August 17, 2018.  (Doc. 5.)  The parties filed the above "Stipulation

to Extend Time to File Opening Brief" on August 20, 2018—three days after Plaintiff's opening brief deadline expired. (Doc. 13.)

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the Stipulation demonstrates good cause under to support the request for extension of time (*see* Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much less shown—to justify the untimeliness of the request. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Defendant (as evidenced by her agreement to the extension of time after the deadline), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor.**

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including September 21, 2018, by which to file his opening brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: __**August 21, 2018**__                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE